IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR FIRST NBC BANK,**<br><br>　　　　Petitioner,<br><br>v.<br><br>**DANIEL BELCHER,**<br><br>　　　　Respondent. | Case No. 2:19-cv-12561<br><br>Judge Jay C. Zainey<br>(Section A)<br><br>Magistrate Judge Michael B. North<br>(Division 5) |

### *EX PARTE* MOTION TO PERMIT OUT OF STATE COUNSEL TO APPEAR AND PARTICIPATE *PRO HAC VICE*

Petitioner The Federal Deposit Insurance Corporation, as Receiver of First NBC Bank ("FDIC-R"), moves, through undersigned counsel, that Lawrence H. Heftman, an attorney in good standing in the state of Illinois, be admitted by this Court to act as co-counsel for FDIC-R in the above-captioned matter and states the following in support:

　　　　1.　　Mr. Heftman practices law at the law firm of Schiff Hardin, LLP, 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606; telephone: (312) 258-5500; and facsimile (312) 258-5600. Mr. Heftman is a member in good standing of the State Bar of the State of Illinois, # 6283060. Mr. Heftman is not under suspension or disbarment by any court, and no criminal charges have been instituted against him.

　　　　2.　　As required by Local Rule 83.2.5 and Rule 2 of this Court's Administrative Procedures for Case Filing, attached to this Motion are: (i) the Certificate of Good Standing from the Supreme Court of the State of Illinois (Exhibit A); (ii) Mr. Heftman's Affidavit (Exhibit B); and (iii) Mr. Heftman's Attorney Registration Form for the Electronic Case Filing System (Exhibit C).

3. Bryan C. Reuter of the law firm of Stanley, Reuter, Ross, Thornton & Alford, L.L.C. is counsel for FDIC-R in the above-captioned matter and is admitted to practice before this Court.  By this Motion, Mr. Reuter requests that the Court admit, *pro hac vice,* Lawrence H. Heftman to act as co-counsel for FDIC-R.

**WHEREFORE,** after due proceedings be had, Petitioner FDIC-R and the undersigned counsel pray that this Motion be granted and that Mr. Heftman be admitted *pro hac vice* and permitted to appear and participate as co-counsel for FDIC-R in the above-captioned matter.

Dated: October 18, 2019                                    /s/  Bryan C. Reuter

Bryan C. Reuter
Stanley, Reuter, Ross, Thornton & Alford, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, LA 70112
Telephone:  504-523-1580
Facsimile:  504-524-0069
bcr@stanleyreuter.com

*Attorney for the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank*

## CERTIFICATE OF SERVICE

I certify that on October 18, 2019 the foregoing was filed using the Court's ECF System, which constitutes services on all counsel having appeared of record in this proceeding.

/s/  Bryan C. Reuter